THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Eugene Payton, Appellant.
 
 
 
 
 

Appeal From Berkeley County
 R. Markley Dennis, Jr., Circuit Court
Judge
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2011-UP-244   
Submitted May 1, 2011  Filed May 24, 2011

AFFIRMED

 
 
 
 Grover C. Seaton, III, of Moncks Corner,
 for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General William Blitch, all of
 Columbia; and Solicitor Scarlett Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Eugene Payton appeals his convictions for one count
 of criminal sexual conduct with a minor and one count of committing a lewd act
 on a minor, arguing the trial court erred in not dismissing the charges against
 him because the statutes he was prosecuted under do not comport with Article
 III of the South Carolina Constitution.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Smith, 181 S.C.
 485, 485, 188 S.E. 132, 132-33 (1936) (holding the statute raising the age of
 consent to sixteen years was not unconstitutional as conflicting with the constitutional
 provision fixing the age of consent at fourteen years because the
 constitutional provision does not create a criminal offense but operates only
 on the question of consent, creating a new rule of evidence in the proof of
 consent and declaring certain persons incapable of consenting).
AFFIRMED.   
SHORT,
 KONDUROS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.